No. 98–9397. DYER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9399. CARRILLO GASCON v. UNITED STATES. C. A. 9th Cir. Certiorari denied

No. 98–9401. HOLLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9405. GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9412. MARTINEZ-JARAMILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.